IN THE CIRCUIT COURT FOR FREDERICK COUNTY

| | |
|---|---|
| MICHELLE HEAVNER<br>a/k/a MICHELLE WILEY | *<br>* |
| Plaintiff | * |
| v. | *   Case no.: 10-C-10-003808<br>* |
| CREDIT BUREAU OF NAPA VALLEY,<br>INC., et al | *<br>* |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER

Defendants, Credit Bureau of Napa Valley, Inc. and Alliance Data Systems Corporation, by their attorney, Gregory L. VanGeison, in answer to the Second Amended Complaint, say:

## GENERAL DENIAL

Defendants did not commit the wrongs alleged and deny liability generally, pursuant to Maryland Rule 2-323 (d).

## DEFENSES

1. Plaintiff fails to state a claim upon which relief may be granted.

2. The alleged conduct complained of is subject to privilege.

3. Plaintiff has failed to mitigate her damages.

4. Plaintiff's claim is subject to arbitration.

5. Defendant, Alliance Data Systems Corporation, had no relationship with the plaintiff.

_____
Gregory L. VanGeison
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21201
410-752-1630
Attorney for Defendants, Credit Bureau of Napa Valley, Inc. and Alliance Data Systems Corporation

## Certificate of Service

I HEREBY CERTIFY that on this 22nd day of December, 2010 a copy of Defendants Credit Bureau of Napa Valley, Inc. and Alliance Data Systems Corporation's Answer to the Complaint was mailed to:

Michael G. Dana, Esquire
The Fried Law Firm, P.A.
4550 Montgomery Avenue, Suite 710N
Bethesda, MD 20814
Attorney for Plaintiff

_____
Gregory L. VanGeison