IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELLE HEAVNER     *
a/k/a MICHELLE WILEY
                               *
     Plaintiff
                               *    Case no.: 10-CV-03572-JFM
v.
                               *
CREDIT BUREAU OF NAPA VALLEY,
INC., et al                      *

     Defendants             *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 103.3 DISCLOSURE OF
## AFFILIATIONS AND FINANCIAL INTEREST

As counsel for Defendant Alliance Data Systems Corporation, I hereby certify that World Financial Network National Bank, a wholly owned subsidiary of Alliance Data Systems Corporation, a publicly traded company, has a financial interest in the outcome of this litigation.

_____
Gregory L. VanGeison (#07658)
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, Maryland 21201
Telephone:    (410) 752-1630
Facsimile:     (410) 752-0085
vangeison@acklaw.com
Attorney for Defendants Alliance Data Systems Corporation and Credit Bureau of Napa County, Inc.

Certificate of Service

I HEREBY CERTIFY that on this 28th day of December, 2010 a copy of Defendant Alliance Data Systems Corporation's Local Rule 103.3 Disclosure of Affiliations and Financial interest was mailed and/or served electronically to:

Michael G. Dana, Esquire
The Fried Law Firm, P.A.
4550 Montgomery Avenue, Suite 710N
Bethesda, MD  20814
Attorney for Plaintiff

Gregory L. VanGeison